# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 22 B 10434 |
| | ) | |
| LEE ANNA GOREE, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |
| | ) | |
| LEE ANNA GOREE, | ) | Adversary No. 22 A 00148 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JANET S. BAER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISQUALIFICATION

Pursuant to 28 U.S.C. § 455(b)(5), Judge Janet S. Baer hereby disqualifies herself in the above-captioned adversary proceeding because she is a party to the proceeding.

Pursuant to Local Rule 1073-3, this adversary proceeding will be transferred to Chief Judge A. Benjamin Goldgar for reassignment.

Dated: **September 27, 2022**

ENTERED:

_Janet S. Baer_
Janet S. Baer
United States Bankruptcy Judge